| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 20-21357-SLM <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re: <br><br> **Edgar T. Aranez,** <br><br>        Debtor. | |

## **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Lakeview Loan Servicing, LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 8), and states as follows:

1. Debtor, Edgar T. Aranez ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 6, 2020.

2. Secured Creditor holds a security interest in the Debtor's real property located at 265 Windsor Rd, Wood Ridge, NJ 07075, by virtue of a Mortgage recorded on October 22, 2013 in Book 1545, at Page 651-656 of the Public Records of Bergen County, NJ.  Said Mortgage secures a Note in the amount of $275,488.00.

3. The Debtor filed a Chapter 13 Plan on October 8, 2020.

4. Debtor's Plan evidences an intent to pursue a loan modification with Secured Creditor. Thus far, a loan modification has not been offered or approved. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

5. Furthermore, the Plan fails to reflect the correct pre-petition arrears in the event a Loan Modification is denied. It is anticipated that Secured Creditor's claim will show the

pre-petition arrearage due Secured Creditor is approximately $57,034.60, whereas the Plan proposes to pay only $56,570.53. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $57,034.60 as the pre-petition arrearage over the life of the plan, subject to the final figures in the anticipated Proof of Claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
> By: /s/Shauna Deluca
> Shauna Deluca, Esquire
> NJ Bar Number  SD-8248
> Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 20-21357-SLM<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Edgar T. Aranez,**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Shauna Deluca, represent Lakeview Loan Servicing, LLC in this matter.

2. On October 30, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: October 30, 2020

                                   RAS Citron, LLC
                                   Attorney for Secured Creditor
                                   130 Clinton Road, Suite 202
                                   Fairfield, NJ 07004
                                   Telephone Number 973-575-0707
                                   By: /s/Shauna Deluca
                                   Shauna Deluca, Esquire
                                   NJ Bar Number  SD-8248
                                   Email: sdeluca@rasflaw.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Angela Nascondiglio Stein<br>Middlebrooks Shapiro, P.C.<br>841 Mountain Ave<br>First Floor<br>Springfield, NJ 07081 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Edgar T. Aranez<br>4079 Route 516<br>Matawan, NJ 07747 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the US Trustee<br>US Dept of Justice<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |